IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

DEBORAH HOLCOMBE,                                         CASE NO.: 15-32257-DHW-13

    DEBTOR.

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Alabama Housing Finance Authority ("AHFA") and gives notice of withdrawal of its Motion for Relief from Automatic Stay ("Motion for Relief") and for grounds therefore says as follows:

1. AHFA filed its Motion for Relief with the Court on January 29, 2016 (Docket No. 23) and a hearing has been set for February 22, 2016 (Docket No. 25).

2. Debtor has reinstated the account with AHFA and it is post-petition current.

3. Since Debtor's account is post-petition current, AHFA does hereby withdraw its Motion for Relief.

                                                  s/ Bowdy J. Brown
                                                  Attorney for
                                                  Alabama Housing Finance Authority

OF COUNSEL:
SASSER, SEFTON
& BROWN, P.C.
Post Office Box 4539
Montgomery, Alabama 36103-4539
(334) 532-3400

# CERTIFICATE OF SERVICE

       I hereby certify that I have served a true and correct copy of the foregoing Motion to the parties listed below by placing a copy of the same in the United States Mail first-class, postage prepaid, on this the 11th day of February, 2016.

                                                /s/ Bowdy J. Brown

Deborah Holcombe
4201 East Lawnwood Drive
Montgomery, AL 36108

Joshua C. Milam
Shinbaum & Campbell
566 S. Perry Street
Montgomery, AL 36104

Curtis C. Reding
Post Office Box 173
Montgomery, AL 36101