## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re             Case No. 15−32257
           Chapter 13

Deborah Holcombe

    Debtor

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on June 27, 2016 at 09:15 AM

to consider and act upon the following:

*33* – Motion for Relief from Stay . Fee Amount $176 filed by Bowdy J. Brown on behalf of Alabama Housing Finance Authority. (Brown, Bowdy)

The automatic stay shall remain in effect until final disposition of this motion.

Dated: June 14, 2016

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court